JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXIS BOBBITT, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>AURORA VISTA DEL MAR, LLC, a California Limited Liability Company; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.:  2:22-cv-00850-FMO-AS<br><br>**CLASS ACTION**<br><br>*[Assigned for all purposes to the Hon. Fernando M. Olguin]*<br><br>**ORDER REGARDING THE PARTIES JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>**Action Filed:** December 23, 2021<br>**Action Removed**: February 7, 2022 |

# **ORDER**

Pursuant to the stipulation of the Parties and good cause appearing it is hereby ordered:

1. The above-captioned action be, and hereby is, dismissed, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

2. Plaintiff and Defendant shall each be responsible for their respective attorneys' fees and costs in this Action.

Dated: March 8, 2022     By: _____/s/_____
                              HON. FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE
                              CENTRAL DISTRICT OF CALIFORNIA